JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DIEGO DE JESUS AVELAR AGUILAR,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-00602-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's claim for relief under *Maldonado Bautista* and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: __March 2, 2026__

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE